IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROGER POERSCHKE and MARILYN POERSCHKE,          PLAINTIFFS
as Next Friends of K.P.

vs.                              CASE NO. 06-5014

SPRINGDALE SCHOOL DISTRICT                       DEFENDANT

ORDER OF DISMISSAL

Counsel for all parties have filed a Stipulation reciting that all issues as between plaintiffs and defendant have been resolved and that the complaint should be dismissed with prejudice. The Court finds that the parties are entitled to an Order in keeping with the Stipulation.

IT IS, THEREFORE, ORDERED that the complaint of plaintiffs be and the same is hereby dismissed with prejudice, with each of these parties to bear its own costs.

IT IS SO ORDERED this 6th day of September, 2007.

/S/JIMM  LARRY  HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE